UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 05-337M |
| Plaintiff, | ) ) | |
| v. | ) ) | DETENTION ORDER |
| SARBJIT SINGH VIRK, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

Offense charged:

    Conspiracy to Distribute Ecstacy; Distribution of Ecstacy

Date of Detention Hearing:   July 7, 2005

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    The defendant is charged with conspiring and distributing MDMA ("ecstacy"), together with co-defendants.

    (2)    The defendant is a Canadian citizen with some relatives residing in India.  An immigration detainer has been lodged.  He is reported to have lived in Mexico for one year

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 1

15.13
Rev. 1/91

01  before living in the United States illegally until moving to Canada in 1996, although the

02  defendant contends that he was in Mexico only for four to five days during a layover in the

03  course of a flight from India.  He is married and resides with his pregnant wife and daughter in

04  Canada.  He reports self-employment as a cabinet maker for the last three years, and employment

05  as a cabinet maker prior to that.  He states that he does not remember where he worked before

06  1997, although he proffers the explanation that he was self-employed, and does not recall the

07  specific names of those for whom he performed services at that time.  There is some discrepancy

08  in the identification of assets by him and by his wife.  He proffers the explanation that his wife

09  is not English speaking and he handles their financial matters.

10          (3)     An immigration detainer has been lodged.

11          (4)     Statements made by co-defendants to the case agent alleged that this defendant

12  had threatened one of the co-defendants and his family in the past, and that he had assisted Mr.

13  Virk in other drug transactions in the past.  Another co-defendant contended that Mr. Virk was

14  the kingpin of a large drug trafficking organization in Canada.

15          (5)     The defendant poses a risk of nonappearance based on Canadian citizenship and

16  immigration detainer.  He poses a risk of danger based on the nature of the charges and the

17  degree of his involvement, and alleged threatening statements.

18          (6)     There does not appear to be any condition or combination of conditions that will

19  reasonably assure the defendant's appearance at future Court hearings while addressing the

20  danger to other persons or the community.

21          It is therefore ORDERED:

22          (1)     Defendant shall be detained pending trial and committed to the custody of the

23                  Attorney General for confinement in a correction facility separate, to the extent

24                  practicable, from persons awaiting or serving sentences or being held in custody

25                  pending appeal;

26

01  (2)   Defendant shall be afforded reasonable opportunity for private consultation with
02        counsel;
03  (3)   On order of a court of the United States or on request of an attorney for the
04        Government, the person in charge of the corrections facility in which defendant
05        is confined shall deliver the defendant to a United States Marshal for the purpose
06        of an appearance in connection with a court proceeding; and
07  (4)   The clerk shall direct copies of this Order to counsel for the United States, to
08        counsel for the defendant, to the United States Marshal, and to the United States
09        Pretrial Services Officer.
10        DATED this 8th day of July, 2005.
11
12
13                              /s/  MARY ALICE THEILER
                                United States Magistrate Judge
14
15
16
17
18
19
20
21
22
23
24
25
26

DETENTION ORDER                                                    15.13
18 U.S.C. § 3142(i)                                                Rev. 1/91
PAGE 3